**Order entered December 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01691-CV

**DAVID W. BARNETT, M.D., INDIVIDUALLY AND D/B/A TEXAS NEUROSURGERY, Appellant**

**V.**

**JAMES TIMOTHY EDGE AND MAI LYNETT EDGE, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04671-A**

## ORDER

Based on the record before us, we **GRANT** appellant's December 11, 2013 motion for extension of time to file notice of appeal. Appellant's December 11, 2013 notice of appeal is considered timely for jurisdictional purposes.

/s/      ELIZABETH LANG-MIERS
         JUSTICE